UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22160-Civ-COOKE/DAMIAN

PAUL JACKSON,

    Plaintiff,

vs.

MIDNIGHT EXPRESS POWER
BOATS, INC.,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge (ECF No. 102), regarding Defendant Midnight Express Power Boats Inc.'s application for bill of costs (ECF No. 97) and supporting memorandum (ECF No. 100). In her R&R, Judge Damian recommends that I grant in part and deny in part the application (ECF No. 102 at 6). The parties have not filed objections to the R&R, and the time to do so has passed. I have reviewed the application for bill of costs, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Damian's R&R to be clear, cogent, and compelling.

Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the application for bill of costs is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. Defendant is therefore awarded $1,473.00 in taxable costs.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of June 2022.

                                                    MARCIA G. COOKE
                                                    United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*