**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-22160-CV-WILLIAMS**

PAUL JACKSON,

     Plaintiff,

v.

MIDNIGHT EXPRESS
POWER BOATS, INC.,

     Defendant.

_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court on Magistrate Judge Melissa Damian's Report and Recommendation (DE 125) ("***Report***") Following Hearing and Amending Prior Report and Recommendation (DE 118) on Plaintiff's Motion for Stay Pending Appeal and Motion to Dissolve Writ of Garnishment (DE 111) ("***Motion***").  In the Report, Judge Damian recommends that the Motion be denied as moot because the Eleventh Circuit has affirmed the District Court's summary judgment order and because the parties have resolved the outstanding issues regarding the pending Writ of Garnishment.  (DE 125 at 2, 3.)  Judge Damian also recommends that the Court order Garnishee Bank of America, N.A., to pay to Defendant $1,492.30 pursuant to the Writ of Garnishment entered on September 20, 2022 (DE 109) and, following the collection of Bank of America's own fee of $125, to dissolve the writ and unfreeze any remaining funds in Plaintiff's Bank of America account.  (DE 123 at 3.)  Finally, Judge Damian notes that at the status conference she held on February 21, 2023, she discussed Plaintiff's pending Motion for a Ten Day Order to Amend, filed on February 14, 2023 (DE 121).  Judge Damian notes

that Plaintiff agreed to confer with counsel for Defendant in compliance with Southern District of Florida Local Rule 7.1 and to amend or refile his Motion (DE 121) to clarify the relief requested.  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1.  Judge Damian's Report (DE 125) is **AFFIRMED AND ADOPTED**.

2.  Plaintiff's Motion for Stay Pending Appeal and Motion to Dissolve Writ of Garnishment (DE 111) is **DENIED AS MOOT**.

3.  Judge Damian's prior Report (DE 118) is amended and otherwise replaced by Judge Damian's Report (DE 125) and is therefore **MOOT**.

4.  Garnishee Bank of America, N.A., shall pay to Defendant $1,492.30 pursuant to the Writ of Garnishment entered on September 20, 2022 (DE 109) and, following the collection of Bank of America's own fee of $125, the Writ of Garnishment shall be dissolved and any remaining funds in Plaintiff's Bank of America account shall be unfrozen.

5.  Plaintiff's Motion for a Ten Day Order to Amend (DE 121) is **DENIED** for failing to comply with Southern District of Florida Local Rule 7.1(a)(3).

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>5th</u> day of May, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE